HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ORLANDO HAYES,<br><br>Defendant. | No. CR17-0065JLR<br><br>ORDER TO<br>SEAL DOCUMENT |

THIS MATTER has come before the undersigned on the motion of Daniel Orlando Hayes to file the defendant's sentencing memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that the defendant's sentencing memorandum be filed under seal.

DATED this 31st day of May, 2017.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Kyana Givens*
Federal Public Defender
Attorney for Daniel Orlando Hayes

ORDER TO SEAL DOCUMENT
(*U.S. v. Daniel Orlando Hayes,* CR17-065JLR.) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100